UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

In re                             :   Case No. 18-12750 (SMB)

GOTHAM TRADING PARTNERS #1 LLC,    :   Chapter 11

             Debtor.              :
----------------------------------X

**NOTICE OF ADJOURNMENT**
**OF MEETING OF CREDITORS**

**PLEASE TAKE NOTICE** that the meeting of creditors

scheduled for October 18, 2018 is being adjourned <u>sine die</u>.

Dated:   New York, New York
         October 16, 2018


                         WILLIAM K. HARRINGTON
                         UNITED STATES TRUSTEE

                  By:    */s/ Serene K. Nakano*
                         SERENE K. NAKANO
                         Trial Attorney
                         U.S. Federal Office Building
                         201 Varick St., Room 1006
                         New York, New York  10014
                         (212) 510-0505